IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:    HAWKER BEECHCRAFT, INC., *et al.*,
          DEBTORS

CASE NO.:12-11873 (SMB)
Chapter 11 (Jointly Administered)

CHERYL M. COOPER, Successor Executrix for the
Estate of Edward P. Cooper, Deceased; and
SCOTT MINTON, Special Administrator for the Estates
of XXX Cooper, a minor, Deceased; and
XXX Cooper, a minor, Deceased                                                    MOVANTS

VS.

HAWKER BEECHCRAFT, INC., *et al.*,                                               RESPONDENTS

## ORDER GRANTING
## RELIEF FROM AUTOMATIC STAY

Came to be heard on the January 17, 2013, Omnibus Date, the above claimant's Motion for Relief from the Automatic Stay; and on April 16, 2013, the renewal of said motion was heard. On January 17, 2013, the Court denied the claimant's Motion without prejudice, based upon the stipulation by counsel that the Automatic Stay would be lifted no later than March 1, 2013. Accordingly, the Court now grants the motion and lifts the Automatic Stay, pursuant to 11 U.S.C. § 362(d), with respect to the product liability actions by Cheryl Cooper and Scott Minton against the Debtors. The Cooper/Minton claims against the Debtors can be commenced in state court upon entry of this order.

IT IS SO ORDERED.

April 26th, 2013                                          ___/s/ STUART M. BERNSTEIN___
Date                                                      The Hon. Stuart M. Bernstein
                                                          U.S. Bankruptcy Judge

Prepared by:

_____
Ted Boswell
Attorney for Cheryl Cooper
  & Scott Minton
THE BOSWELL LAW FIRM
P. O. Box 798
Bryant, AR 72089-0798
(501) 847-3031
(501) 847-4354 (fax)