**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HAWKER BEECHCRAFT, INC., *et al.*,[1] | ) | Case No. 12-11873 (SMB) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

# FINAL DECREE CLOSING CHAPTER 11 CASES

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors (the "Reorganized Debtors") for entry of a final decree closing these chapter 11 cases, all as more fully set forth in the Motion; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Reorganized Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Reorganized Debtors have provided appropriate notice of the Motion under the circumstances; and the Court having reviewed the

---

[1] The Reorganized Debtors in the chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Hawker Beechcraft, Inc. (2598); Arkansas Aerospace, Inc. (7496); Beech Aircraft Corporation (0487); Beechcraft Aviation Company (3548); Hawker Beechcraft Acquisition Company, LLC (8770); Hawker Beechcraft Corporation (5770); Hawker Beechcraft Defense Company, LLC (5891); Hawker Beechcraft Finance Corporation (8763); Hawker Beechcraft Global Customer Support Corporation (7338); Hawker Beechcraft Holding, Inc. (6044); Hawker Beechcraft International Delivery Corporation (6640); Hawker Beechcraft International Holding LLC (n/k/a Beechcraft International Holding LLC) (6757); Hawker Beechcraft International Service Company (n/k/a Beechcraft International Service Company) (9173); Hawker Beechcraft Notes Company (0498); Hawker Beechcraft Quality Support Company (7800); Hawker Beechcraft Regional Offices, Inc. (n/k/a Beechcraft Domestic Service Company) (3889); HBC, LLC (N/A); and Rapid Aircraft Parts Inventory and Distribution Company, LLC (N/A). The location of the Reorganized Debtors' corporate headquarters and the Reorganized Debtors' service address is: One Cessna Blvd., Wichita, Kansas 67215.

[2] All capitalized terms used but otherwise not defined herein shall have the same meanings set forth in the Motion.

Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. The chapter 11 cases of the Reorganized Debtors identified on **Exhibit 1** attached hereto are hereby closed; provided, however, that the Court shall retain jurisdiction as is provided for in Article XII of the Plan (Retention of Jurisdiction).

3. The Debtors shall reserve sufficient funds to pay the Office of the United States Trustee the amount of any quarterly fees due pursuant to 28 U.S.C. § 1930 and any applicable interest due pursuant to 31 U.S.C. § 3717, which fees and interest, if any, shall be paid within ten (10) days of the entry of this Final Decree. Upon the payment of such quarterly fees, the Reorganized Debtors shall simultaneously provide to the United States Trustee an affidavit indicating cash disbursements for the first quarter of 2018, for the quarter in which this Final Decree is entered, and for any other relevant quarter or quarters.

4. The appointment and services of Epiq Bankruptcy Solutions, LLC ("Epiq") as the notice and claims agent (the "Claims Agent") shall be terminated effective 20 days from the entry of this Final Decree. The Claims Agent shall prepare final claims registers for the Clerk's Office of the United States Bankruptcy Court for the Southern District of New York (the "Clerk's Office") pursuant to the Judicial Conference Guidelines for the Implementation of section 156(c) of title 28 of the United States Code (the "Guidelines") and shall box and transport original proofs of claim to Federal Archives or to such other place as the Clerk's Office directs pursuant to the Guidelines. The Claims Agent is authorized to shred or otherwise dispose of all noticing or other documents that have been returned by the United States Post Office or similar carrier as

undeliverable mail. Upon Claims Agent's transmission of the final claims register to the Court, the Reorganized Debtors request that Epiq be deemed formally discharged as claims, noticing, and solicitation agent for the Reorganized Debtors without further order of the Court. Epiq is authorized to invoice the Reorganized Debtors in the ordinary course of business for any other services it continues to provide to the Reorganized Debtors, including with respect to distributions under the Reorganized Debtors' chapter 11 plan.

5. Entry of this final decree is without prejudice to the rights of the Reorganized Debtors or any party in interest to seek to reopen these chapter 11 cases for cause.

6. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7. Notwithstanding Bankruptcy Rules 6004(h), 7062, or 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. To the extent that this Order is inconsistent with any prior order or pleading with respect to the Motion in these cases, the terms of this Order shall govern.

9. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated:  April 23, 2018**
**New York, New York**

                                             /s/ STUART M. BERNSTEIN
                                            **The Honorable Stuart M. Bernstein**
                                            **United States Bankruptcy Judge**

# Exhibit 1

## Chapter 11 Cases To Be Closed

## Chapter 11 Cases To Be Closed

| DEBTOR | CASE NO. |
|---|---|
| Hawker Beechcraft, Inc. | 12-11873 (SMB) |
| Hawker Beechcraft Corporation[1] | 12-11878 (SMB) |

---

[1] Hawker Beechcraft Corporation merged into Textron Aviation Inc. following the Effective Date.

KE 44631605.3